# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOEL BROWN,** | : | **CIVIL ACTION NO. 4:19-1230** |
| Petitioner | | |
| | : | (Judge Mannion) |
| v. | | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA**, *et al.*, | : | |
| Respondents | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) Magistrate Judge Arbuckle's Report and Recommendation (Doc. 26) is **ADOPTED**;

2) Petitioner's objections (Doc. 27) are **OVERRULED**;

3) The Petition for a writ of habeas corpus (Doc. 12) is **DENIED**;

4) The Court declines to issue a certificate of appealability; and

5) The Clerk of Court is directed to close this case.

s/*Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 19, 2020**
19-1230-01 order